UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEVIN LYNELL KING,

    Plaintiff,

    v.

S. R. ALBRITTON, et al.,

    Defendants.

Case No. 15-cv-06318-JST (PR)

**ORDER REFERRING CASE FOR RELATED CASE DETERMINATION**

Pursuant to Civil L.R. 3-12(c), this Court, sua sponte refers the above-captioned case to the Honorable Lucy H. Koh to consider whether this case is related to Saif'ullah v. Allbritton, et al., No. 15-5600 LHK and/or Abdullah v. Allbritton, et al., No. 15-6316 LHK.  The cases appear to assert the same or similar claims against the same or similar Defendants.  Parties shall file any response in opposition to or in support of relating the cases within **fourteen (14)** days of receipt of this Order.

IT IS SO ORDERED.

Dated: June 22, 2016

_____
JON S. TIGAR
United States District Judge